FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Julie Zanati**

Case No.

Debtor(s)

Chapter  **13**

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Julie Zanati** | S.S.# | **xxx-xx-5055** |
| | (W) | S.S.# | |
| ADDRESS: | **16 Richmeade Cove** | | |
| | **Jackson, TN 38305** | | |

PLAN PAYMENT:  Debtor(s) to pay $ **70.00 semi-monthly**
**PRD**

PAYROLL DEDUCTION:          OR ( ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:  **Jackson Madison County Schools**

ADMINISTRATIVE:  Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| **-NONE-** | Ongoing pmt. Begin **N/A** | | $ **N/A** |
|---|---|---|---|
| | Approx. arrearage **N/A** | Interest **N/A** % | $ **N/A** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Lendmark** | $ **3,000.00** | **7.00** % | $ **80.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

**\*Lendmark;AES;C & F  Finance;CBS Collection;Credit Management;Easy Money;FAC/NAB;FAC/NAB;FedLoan Servicing;Fox Collection;Kroger Food Stores;Portfolio Recovery;Revenue Recovery;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Revenue Recovery Corp;Security Finance;Sunloan;United Consumer Financial;United Consumer Financial Services;Verizon;World Finance;**
\*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$101,046.00**

TERMINATION:          Plan shall terminate upon payment of the above, approximately 60 months.

Special Class Unsecured:

Fedloan--- (multiple accts) student loan   $54,728.00    Deferred
debt will survive discharge

AES-- student loan      $14,199.00       Deferred
debt will survive discharge

**Rejected Leases**
**-NONE-**:

**Assumed Leases**
**-NONE-**:

\*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

FORM NO. 2

DEBTOR'S ATTORNEY:          **C. Jerome Teel, Jr. 016310**
**Teel & Maroney, PLC**
**425 East Baltimore**
**Jackson, TN 38301**
**(731)424-3315 Fax:(731)424-3501  rlk**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy